AO 393
(Rev. 04/10)

# STATEMENT OF EFFECT OF APOSTILLE

Apostilles certify only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. An apostille does not imply that the contents of the document are correct, nor that they have the approval of the United States Courts.

Clerk, United States District Court

AO 390

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
   This public document

2. has been signed by    Jim D. Pappas

3. acting in the capacity of    U.S. Bankruptcy Judge

4. bears the seal/stamp    District of Idaho

### CERTIFIED

5. at    Pocatello, Idaho       6. the    Order for Approval of Sale of Real Property

7. by    LaDonna Garcia

8. No.    13-ms-7682-EJL

9. Seal/Stamp              10. Signature: *[signature: LaDonna Garcia]*

---

AO 390

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
   This public document

2. has been signed by    Jim D. Pappas

3. acting in the capacity of    U.S. Bankruptcy Judge

4. bears the seal/stamp    District of Idaho

### CERTIFIED

5. at    Pocatello, ID       6. the    Order for Approval of Sale of Real Property

7. by    LaDonna Garcia

8. No.    12-ms-7682-EJL

9. Seal/Stamp              10. Signature: *[signature: LaDonna Garcia]*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| | |
|---|---|
| In the matter of:<br><br>CHAD KERRY JENSEN and<br>PEGGY A. JENSEN,<br><br>   Debtors. | Case No. 09-40148-JDP<br>Chapter 7 |

### ORDER FOR APPROVAL OF SALE OF REAL PROPERTY

THIS MATTER having come before the Court on Trustee's Motion for Approval of Sale of Real Property and Authority to Pay Realtor's Commission, filed on June 1, 2013, (docket #90), and hearing held on the matter on June 25, 2013, with due notice being given to all parties in interest, and no objection having been filed within the statutory time provided, or maintained by any party; upon the motion, and for other good cause shown;

IT IS HEREBY ORDERED THAT the sale by R. Sam Hopkins, Trustee in the above-named bankruptcy proceedings of the parcel of real property described as follows:

SEE EXHIBIT "A" ATTACHED.

(hereinafter the "Real Property),

to Gordon Inglis or his assigns, for $140,000.00, is hereby approved under the terms and conditions set forth in said motion by the Trustee, and said sale shall be free and clear of all liens and claims against the above-named Debtor with any and all valid liens and claims to attach to the bankruptcy estate's share of the net proceeds of sale when paid over to the Trustee.

IT IS FURTHER ORDERED THAT the trustee is permitted to distribute the proceeds of the sale as outlined in his motion for approval of sale.

Order for Approval of Sale of Real Property - 1

Certified to be a true and correct copy of original filed in my office.
Elizabeth A. Smith, Clerk
U.S. Courts, District of Idaho
By Dana Hoyle
on Jul 31, 2013 3:22 pm

IT IS FURTHER ORDERED THAT notwithstanding the terms and provisions of Rule 6004(g) of the Rules of Bankruptcy Procedure, this order shall be deemed effective upon its entry by the Court.

//end of text//

Dated: July 29, 2013

_____
Honorable Jim D. Pappas
United States Bankruptcy Judge

Submitted by: Monte Gray, Esq.
Attorney for R. Sam Hopkins, Trustee



## TRANSLATOR'S CERTIFICATION

This is to certify that I, Diana Arbiser, am competent to translate the attached Spanish language document. I further certify that, to the best of my knowledge and ability, the attached translation is a true and accurate English translation of the attached Spanish language document.



Diana Arbiser
Federally Certified Spanish Court Interpreter
ID (Master Level), OR, WA Certified Spanish Court Interpreter
ProZ.com Certified Spanish Translator

STATE OF _Idaho_ )
) SS.
COUNTY OF _Ada_ )

Sworn and subscribed to before me, this _19th_

day of _August_, 2011

_Marcus Fisher_

Notary Public, County of _Ada_

State of _Idaho_

My Commission Expires: _07-06-16_

[on top left side, emblem:] Republic of Nicaragua – Central America

[on top center, emblem:] Cost: 3.00 Three Córdobas 3.00

[on top right side:] "M" Series – No. 7964531

MR. REGISTRAR OF THE REAL ESTATE REGISTRY OF GRANADA

I am: VICENTE UBAU MARENCO, of legal age, married, attorney at law, with this address, with ID number 201-170251-0004X; I request that you issue the CERTIFICATE OF RECORD of Entry N° 8, Property N° 7664, Volume 354, Page 138-139, Section of Real Estate of the Real Estate Public Registry under your honorable command.

Granada, April thirteen, two thousand eleven.

[round stamp:] VICENTE UBAU MARENCO – Attorney at Law and Notary Public –
Republic of Nicaragua – Central America
[signature: illegible]
VICENTE UBAU MARENCO

DOCTOR ADOLFO JOSE VELEZ PEREZ
ATTORNEY AT LAW AND PUBLIC REGISTRAR, DEPARTMENT OF GRANADA
CERTIFIES:

That under Property **No. 7,664, on Pages 140/139 of Volumes 541/549, 8th Entry.-** Volume of Properties, Section of Real Estate, Column of Records, it shows Entry No. 8, which literally states the following: Mr. CHAD KERRY JENSEN, of legal age, married, businessman, with address in the city of IDAHO FALLS, STATE OF IDAHO, UNITED STATES OF AMERICA; represented, by Dr. LUIS BAYRON MEJIA RUEDA, of legal age, single, Attorney at Law and Notary Public with address in Managua, ID No. 001-210551-0037J, with Unlimited Power-of-Attorney, pursuant to the document attached to the Deed; acquires this property being sold by the following people: ADELA TEODOLINDA TORRES GAZO, single, homemaker, with this address, ID No. 201-161226-0000S; DONALDO AROSTEGUI TORRES, married, radio technician, with this

address, ID No. 201-211141-0000Q; RUFO ERNESTO TORRES SILVA, married, merchant, with address in Managua, ID No. 201-010144-0005V; LORENA DEL SOCORRO PEREZ RUEDA, married, merchant, with address in Managua, ID No. 281-020346-0000L; NUBIA MARIANA TERAN GODOY, single, homemaker, with address in Managua, ID No. 281-230334-0004V; OCTAVIO CESAR TORRES SILVA, single, Refrigeration technician, with this address, ID No. 201-200742-0005M; LILIANA TORRES SILVA, married, sociologist, with address in Managua, ID No. 201-201244-0007L; JORGE ALBERTO LACAYOTORRES, single, worker, with this address, ID No. 001-300461-0025E; LIGIA DEL SOCORRO LACAYO TORRES, single, homemaker, with address in Rivas, in transit in this city, ID No. 201-030350-0002S; MARCIA ANTONIETA LACAYO TORRES, single, homemaker, with address in Masaya, ID No. 201-130657-0002F; and ENTIMA DE LOS DOLORES TORRES GUTIERREZ, single, homemaker, with address in Managua, ID No. 001-171252-0024B; all of legal age, and acting on their own name, behalf and interest. Also acts, on the name and behalf of Ms. BLANCA ALICIA TORRES GAZO, Mr. DONALDO AROSTEGUI TORRES, with Unlimited Power-of-Attorney, pursuant to the document attached to the Deed; Mr. OCTAVIO CESAR TORRES SILVA, acts on his own behalf and on the name and behalf of MARIA LILIANA TORRES SILVA, representing her with Special Power-of-Attorney; MS. NUBIA MARIANA TERAN GODOY, acts on her own behalf and on the name and behalf of KARLA JOHANNA TORRES TERAN, with Unlimited Power-of-Attorney, pursuant to the document attached to the Deed.- This sale is for the price of three hundred and then thousand Córdobas, net, as received.- The sellers state that they are the only and legitimate owners of the property object of this sale, and that, therefore, there are no other people with rights regarding this property, and that they hold the buyer and the undersigning Notary Public harmless from any and all responsibility, agreeing to answer in favor of the buyer, both in and out of Court, in case of any claims, litigations, etc, coming from a possible heir or a third party with interest in the Real Property.- On his part, the buyer accepts the sale.- The Notary copies the necessary bills.- It is so reflected in the deed, authorized in this city, at ten a.m. on November fourth, of two thousand six, by Notary GUIOMAR ARACELLY MEJIA TALAVERA, filed at eleven nineteen a.m. on February six of the present year; Entry No. 40398; Page 78; Daily Log,

Volume 155.- I have before me the Municipal Good Standing and Cadastral Certificate No. 06-1945; in which the property appears with Cadastral No. 3051-4-05-067-15004.- Granada, February twenty eight, of two thousand seven.- Two thirty five p.m.- (S) JOAQUIN FLORES HUERTA.- (Registrar) There is a round stamp of the Registry.- True and faithful to the original, after being duly compared.- This Certification is issued by request of VICENTE UBAU MARENCO, ID No. 201-170251-0004X. In the city of Granada, on April twenty-eight, of two thousand eleven.-

[signature: illegible] .
[round stamp:] Real Estate Public Registry – Department of Granada – Judicial Branch – Republic of Nicaragua – [illegible]

SERIE "M"
Nº 7964531

SEÑOR REGISTRADOR DEL REGISTRO DE LA PROPIEDAD INMUEBLE DE GRANADA

Soy, VICENTE UBAU MARENCO, mayor de edad, casado, abogado, de este domicilio, con cédula de Identidad número 201-170251-0004X, a usted le solicito libre CERTIFICACION REGISTRAL del Asiento N° 8, Propiedad N° 7664, Tomo 354, Folio 138-139, Sección de Derechos Reales del Registro Público de la Propiedad Inmueble a su digno cargo.

Granada, trece de Abril del año dos mil once.

VICENTE UBAU MARENCO

DOCTOR ADOLFO JOSE VELEZ PEREZ
ABOGADO Y REGISTRADOR PUBLICO DEL DEPARTAMENTO DE GRANADA
C E R T I F I C A:

Que en la Propiedad No. 7,664, en Folios 140/39 de los Tomos 541/549, Asiento 8vo. Libro de Propiedades, Sección de Derechos Reales, Columna de inscripciones, se encuentra el Asiento No. 8 el cual literalmente dice: El señor CHAD KERRY JENSEN, mayor de edad, casado, empresario del domicilio de la ciudad de IDAHO FALLS, ESTADO DE IDAHO, ESTADOS UNIDOS DE AMERICA, representado por su Apoderado Generalísimo, según documento inserto en la Escritura, el doctor LUIS BAYRON MEJIA RUEDA; mayor de edad, soltero, Abogado y Notario Público del domicilio de Managua, Cédula No. 001-210551-0037J; adquiere este inmueble por venta que le hacen los señores: ADELA TEODOLINDA TORRES GAZO, soltera, ama de casa, de este domicilio, Cédula No. 201-161226-0000S; RONALDO AROSTEGUI TORRES, casado, radiotécnico De este domicilio Cédula No. 201-211141-00000; RUFO ERNESTO TORRES SILVA; casado, comerciante; del domicilio de Managua; Cédula No. 201-010144-0005V; LORENA DEL SOCORRO PEREZ RUEDA; casada, comerciante, del domicilio de Managua; Cédula No. 281-020346-0000L; NUBIA MARIANA TERAN GODOY; soltera,

ama de casa, del domicilio de Managua; Cédula 281-230334-0004V; OCTAVIO

1  ~~CESAR TORRES SILVA, soltero, técnico en Refrigeración de este domicilio,~~
2  ~~Cédula No.201-200742-0005M; LILIANA TORRES SILVA, casada, socióloga, del~~
3  ~~domicilio de Managua, Cédula No. 201-201244-0007L; JORGE ALBERTO~~
4  ~~LACAYOTORRES, soltero, obrero, de este domicilio, Cédula No. 001-300461-~~
5  ~~0025E; LIGIA DEL SOCORRO LACAYO TORRES, soltera, ama de casa, del domicilio~~
6  ~~de Rivas de tránsito por esta ciudad, Cédula No. 201-030350-0002S; MARCIA~~
7  ~~ANTONIETA LACAYO TORRES, soltera, ama de casa, del domicilio de Masaya,~~
8  ~~Cédula No. 201-130657-0002F; y ENTIMA DE LOS DOLORES TORRES GUTIERREZ~~
9  ~~soltera, ama de casa, del domicilio de Managua; Cédula No. 001-171252-~~
10 ~~0024B; mayores de edad, y actuando por sí en su propio nombre e Interés~~
11 ~~también lo hace en nombre y representación de la señora BLANCA ALICIA~~
12 ~~TORRES GAZO, el señor DONALDO AROSTEGUI TORRES, como Apoderado Generalísimo~~
13 ~~según documento inserto en la escritura; el señor OCTAVIO CESAR TORRES~~
14 ~~SILVA, además de actuar por sí, lo hace en nombre y representación como~~
15 ~~Apoderado Especial de MARIA LILLIANA TORRES SILVA; LA SEÑORA NUBIA MARIANA~~
16 ~~TERAN GODOY, además de actuar por sí, también lo hace en nombre y~~
17 ~~representación como Apoderado Generalísimo según documento inserto en la~~
18 ~~escritura de la señora KARLA JOHANNA TORRES TERAN.=~~ Esta venta es por el
19 ~~precio de trescientos diez mil córdobas netos recibidos.-~~ Expresan los
20 vendedores que son los únicos y verdaderos dueños de la propiedad objeto
21 del presente acto y que por lo tanto no existen otras personas que tengan
22 derecho sobre la propiedad y que eximen al comprador y a la suscrita
23 Notario Público de toda responsabilidad, obligándose a responder a favor
24 del comprador, tanto en la vía Judicial, como en la extrajudicial, por
25 cualquier reclamo, demanda etc. que haga un posible heredero o un tercero
26 interesado en el Inmueble.- Por su parte el comprador acepta la venta.- El
27 Notario copias las boletas necesarias.- Así consta en escritura autorizada
28 en esta ciudad, a las diez de la mañana del cuatro de Noviembre del dos mil
29 seis, por la Notario GUIOMAR ARACELLY MEJIA TALAVERA, presentada a las once
30 y diecinueve minutos de la mañana del seis de Febrero del año en curso;

Asiento No. 40398; Folio 78; Tomo 155 del Diario.- Se tiene a la vista Solvencia Municipal y el Certificado Catastral No. 06-1945; en el cual la propiedad aparece con el No. Catastral 3051-4-05-067-15004.- Granada, veintiocho de febrero del año dos mil siete.- Las dos y treinta y cinco minutos de la tarde.- (F) JOAQUIN FLORES HUERTA.- (Registrador) Hay un sello Circular del Registro.- Es conforme con su original con el cual fue debidamente cotejado.- Se extiende la presente Certificación a solicitud de VICENTE UBAU MARENCO, Cédula No. 201-170251-0004X. En la ciudad de Granada, a los veintiocho días del mes de Abril del año dos mil once.-